IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JEROME CLARKE,

                      Petitioner

          VS.

HUGH SMITH,  Warden,

                 Respondent

**NO. 3:05-CV-19 (CAR)**

PROCEEDING UNDER 28 U.S.C. §2254
BEFORE THE U.S. MAGISTRATE JUDGE

---

# RECOMMENDATION

       Petitioner JEROME CLARKE has filed a petition herein seeking federal habeas corpus relief. *See* Tab #5. Respondent HUGH SMITH, Warden of Georgia State Prison, has filed a motion to dismiss the above-captioned petition. Tab #10. Petitioner   CLARKE has filed a response to the respondent's motion. Tabs #10-13.

       Under the provisions of the AEDPA, 28 U.S.C. §2244(b)(3)(A) provides as follows:

> *Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.*

       Upon review of the petitioner's habeas corpus petition, the undersigned finds the successive applications provision to apply in the present case. In **1982**, petitioner pled guilty to murder. Petitioner then filed a direct appeal and sought habeas corpus relief. After the denial of his state habeas petition, petitioner sought federal habeas corpus relief. His petition was denied. *Clarke v. Warden*, 92-50-ATH (DF). Petitioner has also had a federal habeas corpus petition dismissed in the Southern District of Georgia as successive. *Clarke v. Sikes*, 176 F.3d 494 (11th Cir. 1999); *cert. denied* 528 U.S. 833 (1999).

       Because the petitioner has not sought nor has the Eleventh Circuit authorized the filing of a successive federal petition, the court is without jurisdiction to entertain the petitioner's current habeas corpus petition. Furthermore, the petition should not be transferred to the Eleventh Circuit and treated as a motion for authorization to proceed because the petition is untimely under the AEDPA. *See Guenther v. Holt*, 173 F.3d 1328 (11th Cir. 1999).

Accordingly, it is the RECOMMENDED that the respondent's MOTION TO DISMISS (Tab #6) be **GRANTED**.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN TEN (10) DAYS after being served with a copy thereof.

The Clerk is directed to serve the petitioner at the **LAST** **ADDRESS** provided by him.

SO RECOMMENDED, this 11th day of JULY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

2