IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **JEROME CLARKE,** | : | |
| **Petitioner,** | : | |
| vs. | : | 3:05-CV-19 (CAR) |
| **HUGH SMITH, Warden,** | : | |
| **Respondent.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] that the above-captioned petition for federal habeas corpus relief be dismissed for failure to obtain authorization from the Eleventh Circuit to proceed in this successive federal habeas petition challenging Petitioner's 1982 Athens-Clarke County murder conviction. Petitioner timely filed an Objection [Doc 15] to the Recommendation. However, having considered the matter, this Court agrees with the recommendation of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the instant petition for federal writ of habeas corpus is hereby **DISMISSED** without prejudice.

**SO ORDERED**, this 17th day of October, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH/aeg